# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-05024-VMC-LTW
## Rectenwald v. Life University, Inc.
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 10/21/2024.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:17 A.M.
TIME IN COURT: 00:17
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Sonya Lee-Coggins

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Allison Averbuch representing Life University, Inc.<br>Ianna Richardson representing Robert Rectenwald<br>** Parsa Fattahi |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Parties appeared before the Court via ZOOM for a status conference. The Court met with the parties in September re a deposition of witness, former HR employee Lisa Reed, re questions that arose during her deposition. Plaintiff's counsel sought answers to questions re Reed's employment as well as the existence of certain documents. Counsel for Reed objected to the questions but produced the document in question to the Court. The court verified the document existed and advised plaintiffs that they will not be allowed to question witness Lisa Reed about circumstances re her employment. |